FILED '10 JAN 04 16:05 USDC-ORE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

ANA E. SANCHEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CV 09 - 6009 - HO

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6,562.00, and costs in the amount of $0.00, for a total of $6,562.00, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920, payable directly to Plaintiff's Attorney, Richard F. McGinty. There are no expenses to be paid herein.

DATED this ___ day of Jan., 2010.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff